Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
    11332 Mountain View Ave., Suite C
    Loma Linda, California 92354
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANNETTE SMITH, ) | No. EDCV 08-005JTL |
| ) | |
|     Plaintiff, ) | [PROPOSED] ORDER AWARDING |
| v. ) | EAJA FEES |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
|     Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND NINE HUNDRED DOLLARS and 00/cents ($2,900.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

                            /s/Jennifer T. Lum
DATED:  July 31, 2008    _____
                          HON. JENNIFER T. LUM
                          UNITED STATES MAGISTRATE JUDGE

-1-